**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

---

TIFFANY HOWARD,                                    **Civil File No. 09-2159-EFM/DWB**

       Plaintiff,

vs.                                                                **STIPULATION OF DISMISSAL**
                                                                   **WITH PREJUDICE**

COLLECTCORP CORPORATION,

       Defendant.

---

     Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff Tiffany Howard, and the defendant,

Collectcorp Corporation hereby stipulate to the dismissal of the above-styled case and any claims

that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its

own costs and attorneys fees.

                                            Respectfully submitted,

Dated:  __06/05/09_____          By __/s/ J. Mark Meinhardt_____
                                                          J. Mark Meinhardt
                                                          4707 College Boulevard, Suite 100
                                                          Leawood, KS 66211
                                                          (913) 451-9797
                                                          (913) 451-6163 (fax)
                                                          ATTORNEY FOR PLAINTIFF


Dated:  __06/05/09_____          By __/s/ Timothy J. Finnerty_____
                                                          Timothy J. Finnerty
                                                          Wallace, Saunders, Austin, Brown & Enochs, Chtd.
                                                          400 O.W. Garvey Center
                                                          200 West Douglas
                                                          Wichita, KS 67202
                                                          (316) 269-2100
                                                          (316) 269-2479 (fax)
                                                          ATTORNEY FOR DEFENDANT